IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN WHITFIELD,

    Plaintiff,

v.                                  CASE NO. 4:16cv784-RH/CAS

J. SANTO et al.,

    Defendants.

_____/

## ORDER REMANDING TO STATE COURT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The case is remanded to the Circuit Court, Third Judicial Circuit, Taylor County, Florida. The court must take all steps necessary to effect the remand.

SO ORDERED on March 11, 2017.

                                            s/Robert L. Hinkle
                                            United States District Judge